# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| EX REL BEVERLY BRYANT FOREIGN ESTATE INTER VIVOS NON RESIDENT ALIEN FOREIGN NEUTRAL IN PROPRIA PERSONA SUI JURIS IN VIVUS, | : | No. 138 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF NEW YORK MELLON, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, the "Original Matters Jurisdiction Petition" is **DENIED**.